FARMERS HARDWARE COMPANY *v.* MAYOR & COUNCIL OF VIENNA.

LUMPKIN, J. 1. This case is controlled in principle by the decision in *Ray* v. *City of Tallapoosa*, 142 *Ga.* 799 (83 S. E. 938).

2. The classification of businesses by the Mayor and City Council of Vienna for the purpose of levying license taxes was not shown to be unreasonable or arbitrary, and there was no error in refusing to grant an injunction to restrain the collection of certain taxes levied thereunder.

*Judgment affirmed. All the Justices concur.*
OCTOBER 13, 1915.

Petition for injunction. Before Judge Littlejohn. Dooly superior court. April 6, 1915.

*Busbee & Busbee,* for plaintiff.
*Powell & Lumsden,* for defendant.

---

JONES *v.* SYKES.

HILL, J. There was no abuse of discretion in refusing the injunction in this case. *Wilson* v. *Sykes*, 143 *Ga.* 301 (84 S. E. 964).

*Judgment affirmed. All the Justices concur.*
OCTOBER 13, 1915.

Petition for injunction. Before Judge Cox. Decatur superior court. May 20, 1915.

*A. E. Thornton* and *W. V. Custer,* for plaintiff.
*T. S. Hawes* and *M. E. O'Neal,* for defendant.